UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS BARAJAS CENTENO,<br><br>                                      Plaintiff,<br><br>v.<br><br>CITY OF CARLSBAD, et al.,<br><br>                                     Defendants. | Case No.:  3:19-cv-2098-L-DEB<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY**<br><br>**[ECF No. 71]** |

Pending before the Court in this action alleging police use of excessive force during arrest in violation of 42 U.S.C. §§ 1983 and 1988, and Cal. Civ. Code § 52.1 is Plaintiff's motion pursuant to Federal Rule of Evidence 702 to exclude the testimony of Philip L. Sanchez, Defendants' designated expert.  (Doc. no. 71.)  Defendants filed an opposition.  (Doc. no. 81.)  For the reasons which follow, Plaintiff's motion is denied without prejudice.

Plaintiff argues Mr. Sanchez is not qualified to render an opinion regarding Plaintiff's arrest and use of force and that his opinions are not supported as required by *Daubert v. Merrell Dow Pharmaceuticals,* 526 U.S. 137, 149 (1999), and its progeny. Defendants dispute these contentions.

Plaintiff's motion is denied without prejudice as premature. Plaintiff may incorporate his *Daubert* arguments in his summary judgment briefing or present them in a motion *in limine* filed after the final pretrial conference.

**IT IS SO ORDERED.**

Dated: January 14, 2021

_____
Hon. M. James Lorenz
United States District Judge