# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS BARAJAS CENTENO,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF CARLSBAD, et al.,<br><br>    Defendants. | Case No.: 3:19-cv-2098-L-DEB<br><br>**ORDER DENYING PLAINTIFF'S MOTION (DOC. NO. 145)** |

Pending before the Court is Plaintiff's motion for leave to file a sur-reply. (Doc. No. 145). Plaintiff seeks to file supplemental papers in opposition to Defendants' motion to disqualify (Doc. No. 128). *Id*. Plaintiff filed an opposition to that motion. (Doc. No. 136). Plaintiff had the opportunity to respond to the arguments raised in the initial memorandum. The Court will also not consider arguments or evidence raised for the first time in the reply (if any). *See, e.g., Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996). The Court therefore **DENIES** the motion.

**IT IS SO ORDERED**.

Dated: June 24, 2021

_____
Hon. M. James Lorenz
United States District Judge